UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2526

GABRIEL S. FONTANA,
Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA; DIRECTOR BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES

(W.D. Pa. No. 2:23-cv-01476)

<u>TO: Clerk</u>:

1. Unopposed Motion filed by Appellees Attorney General United States of America and Director Bureau of Alcohol Tobacco Firearms & Explosives to stay further proceedings in this Court and continue oral argument.

_____ORDER_____

At the direction of the Court, Appellees' consented to motion to hold the matter c.a.v. is GRANTED. The parties shall file status reports beginning on July 7, 2025 and every sixty (60) days thereafter.

For the Court,

*/s/ Patricia S. Dodszuweit*

PATRICIA S. DODSZUWEIT,
Clerk

**Dated:      05/05/2025**
**PM/cc:      All Counsel of Record**